B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of Kansas | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Royal Tractor Company, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>43-0830334 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>109 Overland Park Place<br>New Century, KS<br>ZIP Code 66031 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Johnson | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Royal Tractor Company, Inc. |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  District of Kansas | Case Number:<br>09-23311 | Date Filed:<br>10/01/09 |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>  Signature of Attorney for Debtor(s)      (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box) |
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes) |
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>      _____<br>      (Name of landlord that obtained judgment)<br><br><br><br>      _____<br>      (Address of landlord) |
| ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

# Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
Royal Tractor Company, Inc.

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X /s/ Colin Gotham
_____
Signature of Attorney for Debtor(s)

Colin Gotham KS#19538; MO#52343
Printed Name of Attorney for Debtor(s)

Evans & Mullinix, P.A.
Firm Name

7225 Renner Road, Suite 200
Shawnee, KS 66217

_____
Address

(913) 962-8700  Fax: (913) 962-8701
Telephone Number

November 17, 2015
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Thomas J. Hardwick
_____
Signature of Authorized Individual

Thomas J. Hardwick
Printed Name of Authorized Individual

President
Title of Authorized Individual

November 17, 2015
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## District of Kansas

In re    Royal Tractor Company, Inc.                 Case No.     _____
                                          Debtor(s)                 Chapter      11

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $557,650.00 | 2015-2016 fiscal year - gross earnings |
| $1,936,992.13 | 2014-2015 fiscal year - gross earnings |
| $4,938,396.46 | 2014 - gross earnings |
| $5,800,594.18 | 2013 - gross earnings |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

                 AMOUNT                     SOURCE

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225˚. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Royal Tractor 401k Pension Plan c/o Principal | September 2015 | $40,000.00 | $0.00 |

None
☐

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| See attached. | | $0.00 | $0.00 |
| Margaret Hardwick<br><br>Daughter | October 1, 2014 - September 30, 2015 | $39,159.17 | $0.00 |
| James Hardwick<br><br>Son | October 1, 2014 - September 30, 2015 | $29,377.75 | $0.00 |
| T. J. Hardwick<br><br>Owner | October 1, 2014 - September 30, 2015 | $151,302.33 | $0.00 |
| Lijika Investors<br>PO Box 28<br>New Century, KS 66031<br>Owner of Debtor; owns 1/3 of Lijika Investors | Various rental payments | $0.00 | $0.00 |

˚ *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

#### 4. Suits and administrative proceedings, executions, garnishments and attachments

None  ☐  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Lijika Investors vs. Royal Tractor Company, Inc.; Case No. 15LA02546 | Collection | District Court of Johnson County, KS | Settled |
| Harold & Ann Schlagel Family LP et al vs. Royal Tractor Co., Inc.; Case No. 15LA5946 | Collection | District Court of Johnson County, KS | Judgment entered. |
| Kansas Dept. of Revenue vs. Royal Tractor Company, Inc; Case No. 14TW00288 | Tax Warrant | District Court of Johnson County, KS | Lien. |
| EDW. C. Levy Co. vs. Royal Tractor Company, Inc; Case No. 15LA3727 | Collection | District Court of Johnson County, KS | Pending |
| Jack Garfinkle vs. Royal Tractor Company, Inc. et al; Case No. 15CV04759 | Collection | District Court of Johnson County, Kansas | Settled |
| Nebraska Machinery Company vs. Royal Tractors Compnay, Inc.; Case No. 13CV03689 | Collection | District Court of Johnson County, Kansas | Pending. |
| Bay State Precast, LLC vs. Royal Tractor Company, Inc.; Case No. 15CV03344 | Collection | District Court of Johnson County, Kansas | Filing of Foreign Judgment entered in the US District Court for the District of Maryland. |
| Gregory Poole Equipment Company vs. Royal Tractor Company; Case No. 14CV6872 | Collection | District Court of Johnson County, KS | Registration of a Foreign Judgment entered by the US District Court for the Eastern District of North Carolina. |
| Commercial Capital Company, LLC vs. Royal Tractor Company, Inc.; Case No. 15LA2022 | Repossession of equipment & collection of past due payments | District Court of Johnson County, Kansas | Satisfaction of Judgment entered. |

None  ☐  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Nebraska Machinery Co. c/o Jon A Blongewicz 11150 Overbrook Road, Ste. 350 Leawood, KS 66211 | 6/1/2015 | $6,139.57 - garnishment of bank account |
| Gregory Poole Equipment Co. c/o James Beck, Esq. Vann Attorneys PO Box 2445 Raleigh, NC 27602 | 6/8/2015 | $8,430.78 |

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Nebraska Machinery Co.<br>c/o Jon A Blongewicz<br>11150 Overbrook Road, Ste. 350<br>Leawood, KS 66211 | 8/25/2015 | Computer file designs/information, parts and equipment; $1,360,000.00 |

### 5. Repossessions, foreclosures and returns

**None**
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

**None**
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

**None**
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

**None**
☐

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| Feeding 5000 | N/A | 4/7/2015 | Donated old furniture; $1,070.00 |
| Feeding 5000 | N/A | 4/8/2015 | Old copy machines & furniture; $4,570.00 |

### 8. Losses

**None**
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

#### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Evans and Mullinix PA 7225 Renner Rd  Ste 200 Shawnee, KS 66217-3043 | 9/11/2015 | $50,000.00 (includes filing fee) |

#### 10. Other transfers

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

#### 11. Closed financial accounts

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Security Bank of Kansas City 701 Minnesota Avenue Kansas City, KS 66101 | Checking; $0 | August 2015 |

#### 12. Safe deposit boxes

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

#### 13. Setoffs

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**14. Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

**15. Prior address of debtor**

None ☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 15430 S. Keeler<br>Olathe KS 66062 | Same | 2002 - April 2015 |

---

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Jose Casanova | March 2013 - February 2014 |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Thomas J. Hardwick | 12608 Aberdeen Road Leawood, KS 66209 |

None
☐

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| Bank of the Prairie<br>23600 College Blvd<br>Olathe, KS 66061 | July 2015 |
| Nordco<br>245 W. Forest Hill Avenue<br>Oak Creek, WI 53154 | July 2015 |

---

### 20. Inventories

None
☐

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| August 15, 2015 | Dave Powell | $1,243,000.00 |

None
☐

b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| August 15, 2015 | Dave Powell<br>Royal Tractor Company<br>109 Overland Park Place<br>New Century, KS 66031 |

---

### 21 . Current Partners, Officers, Directors and Shareholders

None
■

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Thomas J. Hardwick<br>12608 Aberdeen Road<br>Leawood, KS 66209-9000 | President | 100% |

---

### 22 . Former partners, officers, directors and shareholders

None
■

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

\* \* \* \* \* \*

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  November 17, 2015                    Signature   /s/ Thomas J. Hardwick
                                                        Thomas J. Hardwick
                                                        President

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# 12 MONTHS PAYMENTS TO INSIDERS
## SEPTEMBER 2014 - SEPTEMBER 2015

| Date | Payee | Amount |
|---|---|---|
| 9/10/14 | TJ HARDWICK | $143.31 |
| 10/7/14 | J HARDWICK | $108.42 |
| 11/12/14 | J HARDWICK | $61.19 |
| 11/21/14 | TJ HARDWICK | $2000.00 |
| 12/11/14 | J HARDWICK | $57.65 |
| 1/19/15 | J HARDWICK | $267.59 |
| 1/22/15 | TJ HARDWICK | $2100.00 |
| 1/29/15 | DEPOSIT FROM TJ HARDWICK | $136,317.59 |
| 1/29/15 | TJ HARDWICK | $90,000.00 |
| 2/2/15 | DEPOSIT FROM TJ HARDWICK | $90,000.00 |
| 2/12/15 | J HARDWICK | $49.00 |
| 3/9/15 | TJ HARDWICK | $500.00 WAGES |
| 3/9/15 | J HARDWICK | $395.73 WAGES |
| 4/3/15 | J HARDWICK | $57.93 |
| 4/3/15 | M HARDWICK | $35.50 |
| 4/15/15 | TJ HARDWICK | $3500.00 |
| 5/5/15 | J HARDWICK | $35.13 |
| 5/27/15 | TJ HARDWICK | $699.20 |
| 5/7/15 | TJ HARDWICK | $1461.55 |
| 6/4/15 | J HARDWICK | $19.60 |
| 6/22/15 | TJ HARDWICK | $2000.00 |

| 6/24/15 | J HARDWICK | $467.27 WAGES |
| 7/31/15 | J HARDWICK | $94.55 |
| 8/24/15 | TJ HARDWICK | $3000.00 |
| 8/27/15 | J HARDWICK | $55.50 |
| 8/27/15 | M HARDWICK | $114.90 |

# United States Bankruptcy Court
## District of Kansas

In re    Royal Tractor Company, Inc.                  Case No. _____

Debtor(s)                Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Internal Revenue Service<br>Centralized Insolvency Ops<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Centralized Insolvency Ops<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Taxes due | | 800,000.00 |
| Hyunjin Corporation<br>Rm 1206 Hyundaegoldentel<br>#102 Gwangjang-Dong, Gwangjin<br>Seoul, S Korea | Hyunjin Corporation<br>Rm 1206 Hyundaegoldentel<br>#102 Gwangjang-Dong, Gwangjin | Business debt | Disputed | 371,945.09 |
| Nebraska Machinery Co.<br>c/o Jon A Blongewicz<br>11150 Overbrook Road, Ste. 350<br>Leawood, KS 66211 | Nebraska Machinery Co.<br>c/o Jon A Blongewicz<br>11150 Overbrook Road, Ste. 350<br>Leawood, KS 66211 | Machinery | Contingent<br>Disputed | 200,000.00 |
| Thomas Hardwick<br>12608 Aberdeen Road<br>Leawood, KS 66209 | Thomas Hardwick<br>12608 Aberdeen Road<br>Leawood, KS 66209 | Loan to company | | 150,000.00 |
| Bay State Precast, LLC<br>14800 Gibbons Church Road<br>Brandywine, MD 20613 | Bay State Precast, LLC<br>14800 Gibbons Church Road<br>Brandywine, MD 20613 | Business debt - judgment. | | 138,136.35 |
| Gregory Poole Equipment Co.<br>c/o James Beck, Esq.<br>Vann Attorneys<br>PO Box 2445<br>Raleigh, NC 27602 | Gregory Poole Equipment Co.<br>c/o James Beck, Esq.<br>Vann Attorneys<br>PO Box 2445<br>Raleigh, NC 27602 | Judgment entered | | 126,419.90 |
| Kansas Department of Revenue<br>Civil Tax Enforcement<br>PO Box 12005<br>Topeka, KS 66612-2005 | Kansas Department of Revenue<br>Civil Tax Enforcement<br>PO Box 12005<br>Topeka, KS 66612-2005 | State Income Tax | | 123,638.00 |
| Lijika Investors<br>PO Box 28<br>New Century, KS 66031-0028 | Lijika Investors<br>PO Box 28<br>New Century, KS 66031-0028 | Lease of real estate known as 109 Overland Park, New Century, KS | | 82,000.00 |
| T&W Steel<br>1612 Southwest Jefferson St.<br>Lees Summit, MO 64081 | T&W Steel<br>1612 Southwest Jefferson St.<br>Lees Summit, MO 64081 | Business debt | | 75,760.50 |

In re   Royal Tractor Company, Inc.                      Case No. _____

                                 Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Oriented Int'l Co., Ltd.<br>11F.-9 No. 12<br>Fuxing 4th Road, Qianzhen Dist<br>Kaohsiung, Taiwan ROC | Oriented Int'l Co., Ltd.<br>11F.-9 No. 12<br>Fuxing 4th Road, Qianzhen Dist<br>Kaohsiung, Taiwan ROC | Business debt | | 65,694.00 |
| Brent Nelson<br>23719 W. Lorance Road<br>Laura, IL 61451 | Brent Nelson<br>23719 W. Lorance Road<br>Laura, IL 61451 | Business debt | | 49,412.00 |
| Lathrop & Gage<br>2345 Grand Blvd., Ste. 2800<br>Kansas City, MO 64108-2684 | Lathrop & Gage<br>2345 Grand Blvd., Ste. 2800<br>Kansas City, MO 64108-2684 | Business debt | | 40,048.58 |
| PT Trakindo<br>Singapore Branch<br>Attn:  Financial Controller<br>No. 6 Tuas Avenue 2<br>Singapore 639446 | PT Trakindo<br>Singapore Branch<br>Attn:  Financial Controller<br>Singapore 639446 | Business debt | | 37,872.77 |
| Certified Power, Inc.<br>Power Train Division<br>75 Remittance Drive, Dept 3165<br>Chicago, IL 60675-3165 | Certified Power, Inc.<br>Power Train Division<br>75 Remittance Drive, Dept 3165<br>Chicago, IL 60675-3165 | | | 36,955.86 |
| Thomas Hardwick<br>12608 Aberdeen Road<br>Leawood, KS 66209 | Thomas Hardwick<br>12608 Aberdeen Road<br>Leawood, KS 66209 | Unpaid wages | | 33,604.81 |
| J.C. Airport Commission<br>Accounts Receivable<br>111 S. CHerry St., Suite 1500<br>Olathe, KS 66061 | J.C. Airport Commission<br>Accounts Receivable<br>111 S. CHerry St., Suite 1500<br>Olathe, KS 66061 | Business debt | | 32,455.33 |
| Harold & Anna Schlagel<br>FLP<br>P.O. Box 10<br>Olathe, KS 66051-0010 | Harold & Anna Schlagel<br>FLP<br>P.O. Box 10<br>Olathe, KS 66051-0010 | Business debt | | 31,360.00 |
| Coventry Health Care of Kansas<br>P.O. Box 790210<br>Saint Louis, MO 63179 | Coventry Health Care of Kansas<br>P.O. Box 790210<br>Saint Louis, MO 63179 | Business debt | | 18,695.20 |
| George & Theron Schlagel<br>P.O. Box 10<br>Olathe, KS 66051-0010 | George & Theron Schlagel<br>P.O. Box 10<br>Olathe, KS 66051-0010 | Business debt | | 17,640.00 |
| Kelly Tractor Company<br>8255 N.W. 58th St<br>Miami, FL 33166 | Kelly Tractor Company<br>8255 N.W. 58th St<br>Miami, FL 33166 | Business debt | | 16,133.66 |

In re    Royal Tractor Company, Inc.                                    Case No. _____
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   November 17, 2015                    Signature    /s/ Thomas J. Hardwick
                                                          Thomas J. Hardwick
                                                          President

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

In re    Royal Tractor Company, Inc.                  ,     Case No.                        

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| None | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | 0.00 | (Total of this page) |
| | Total > | 0.00 | |

  0    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                           Best Case Bankruptcy

In re    Royal Tractor Company, Inc.                         ,     Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of the Prairie - checking acct. | - | 0.00 |
| | | Enterprise Bank - checking acct. | - | 3,000.00 |
| | | Bank Midwest - checking acct. | - | 26,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Harold & Anna Schlagel - buildling lease deposit | - | 5,000.00 |
| | | FedEx - Service deposit | - | 2,000.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >      36,000.00
(Total of this page)

_2_ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re    Royal Tractor Company, Inc.             ,    Case No. _____

                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Accounts receivables | - | 56,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Counterclaims against Edward C. Levy Company | - | Unknown |
| | | Counterclaims against Jack Garfinkle | - | Unknown |
| | | Claims against Hyunjin Corp. | - | Unknown |

| | Sub-Total > | 56,000.00 |
|---|---|---|
| | (Total of this page) | |

Sheet  __1__  of  __2__  continuation sheets attached
to the Schedule of Personal Property

In re     Royal Tractor Company, Inc.                    ,     Case No. _____

                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Claims against Nebraska Machinery for destruction of property | - | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | Various customer list. | - | 0.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Trucks & autos - see attached list | - | Unknown |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Machinery, furniture, fixtures, tooling, computer equipment & various other equipment  (see attached - valuation as of 8/31/2015) | - | 1,443,425.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | Inventory - finished & partially finished goods, materials, supplies, tooling, paint, oil, etc. | - | 1,423,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 2,866,425.00 |
| (Total of this page) | |
| Total > | 2,958,425.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

$1,443,425.00

| QTY | AREA | DESCRIPTION | UNIT VALUE IN PLACE |
|---|---|---|---|
| 1 | PW | HOSE CRIMPING MACHINE, AEROQUIP, CAT. #FT1204, MDL. A, S/N 1175, MFD. 1976, HYD., [C] | $1,000.00 |
| 1 | PW | BELT SANDER, SOMACA, MDL. BM-106C, S/N 46370, 4" W BELT, COOLANT SYSTEM [C] | $1,000.00 |
| 1 | RS | FORKLIFT, CATERPILLAR, MDL. V50D, S/N 3E0C04323, 188" LIFT HEIGHT, TRIPLEX MAST, APPROX. 6000-LB CAP., (2500-KG CAP.) LPG, HARD TIRES F-G, [C+] | $4,000.00 |
| 1 | MS | PLANER, NILES BENNETT POND, 36" X 15' TABLE, SGL. RAIL HEAD, CONVERTED FLATBELT DRIVE, [OC] | $4,500.00 |
| 1 | MS | LAYOUT TABLE, 70" X 50", T-SLOT, 6" THICK, H.D. WELDED STEEL FRAME | $1,800.00 |
| 1 | MS | WELDING POSITIONER, RANSOME, MDL. & S/N UNKNOWN, TAILSOCK, APPROX. 60" SQ. ROTATING TABLE, [C] | $8,500.00 |
| 1 | MS | WELDING POSITIONER, MDL. & MFG. UNKNOWN, DBL. END, 36" SQ. ROTATING TABLES, NON-TILTING, [C] | $3,500.00 |
| 1 | MS | WELDING POSITIONER, P&H, MDL. WP1, 24" DIA. TABLE, VARIABLE SPEED, H.D. PED. BASE, CASTERS, [C] | $2,000.00 |
| 1 | MS | IRONWORKER, BUFFALO FORGE, MDL. 1-1/2, S/N 61-U-2531, PUNCH & SHEAR ONLY, MISC. PUNCH DIES, [C] | $4,000.00 |
| 1 | RS | FORKLIFT, CLARK, MDL. & S/N NOT VISIBLE, 5000-LB CAP., 106" MAX LIFT HEIGHT, TYPE G, SOLID TIRES F-P, [C+] | $3,100.00 |
| 1 | MS | BRIDGE CRANE, MFG. UNKNOWN, ROBBINS & MYERS 3-TON HOIST, MTD. ON SGL. GIRDER BRIDGE, APPROX. 16' SPAN, PENDANT CONTROL, POWER TROLLEY [C+] | $3,300.00 |
| 1 | MS | BRIDGE CRANE, MFG. UNKNOWN, ROBBINS & MYERS 3-TON HOIST, MTD. ON SGL. GIRDER BRIDGE, APPROX. 16' SPAN, PENDANT CONTROL, POWER TROLLEY | $4,000.00 |
| 1 | RS | FORKLIFT, CATERPILLAR, MDL. V50C, S/N 10Y00806, 5000-;B CAP., 157" MAX LIFT HEIGHT, TYPE LPG, SOLID TIRES F-P [C] | $3,500.00 |
| 1 | MS | VERTICAL BANDSAW, POWERMATIC, 20" THROAT, S/N 3-3908, WELDER & GRINDER, [C] | $2,000.00 |
| 1 | MS | ENGINE LATHE, SUMMIT, MDL. 480, 40" X APPROX. 18' CENTERS, S/N NOT VISIBLE, TAILSTOCK, COOLANT & CHIP PAN, 20" 3-JAW CHUCK, SPARE FACE PLATES, 6" HOLD THROUGH SPINDLE, STEADYREST, TAPER | $19,500.00 |
| 1 | MS | RADIAL ARM DRILL, SORALUCE, MDL. TR0-1250, 4' X 11" ARM, S/N 9041436, BOX TABLE, [C] | $4,200.00 |

$1,443,425.00

| QTY | AREA | DESCRIPTION | UNIT VALUE IN PLACE |
|---|---|---|---|
| 1 | MS | VERTICAL, MILLING MACHINE, BRODGEPORT, 1-HP BELT DRIVE, S/N 110223, POWER RAPID TRAVERSE TO TABLE, WORK VISE, [C] | $3,000.00 |
| 1 | MS | ENGINE LATHE, SUMMIT, 18" X 60", S/N 3241381, CHIP PAN & COOLANT, 16" 3-JAW CHUCK, TAPER TAILSTOCK, [C] | $7,100.00 |
| 1 | MS | WELDING POSITIONER, MFG. UNKNOWN, VARIABLE SPEED DRIVE, TILTING, [C] | $1,500.00 |
| 1 | FA | HORIZONTAL BORING MILL, SUMMIT, S/N AFD100-001, MFD. 1975, 4" SPINDLE, 51" X 44" ROTARY TABLE, T-SLOTTED, OUTRIGGERS, SONY 3-AXIS DIGITAL READOUT, FANUC CONTROL, OUTBOARD SUPPORT, [C] | $48,000.00 |
| 1 | FA | JIG MILL, DEVLIEG, MDL. 4K-60, SPIRAMATIC, SONY 3-AXIS DIGITAL READOUT, DIATROL III NC AUTO. CONTROL SYSTEM, 30" SQ. T-SLOT ROTARY TABLE, S | $58,000.00 |
| 1 | FA | PRESS BRAKE, CINCINNATI, MDL. 300H, 12' BETWEEN HOUSING, 14' OVERALL BED, S/N 37228, HYD., [C] | $38,000.00 |
| LOT | FA | PRESS BRAKE DIES, VARIOUS SIZES, ASSORTED | $3,500.00 |
| 2 | FA | BRIDGE CRANES, ROBBINS & MYERS, 5-TON CAP., DBL. I-BEAM GIRDER SUSPENSION, APPROX. 34' SPAN, PENDANT CONTROL, [C] | $12,000.00 |
| 1 | FA | SHAPE CUTTER, ESAB, HANDHELD, PLASMA, [C] | $2,000.00 |
| 1 | FA | PLATE SHEAR, CINCINNATI, MDL 3D10, S/N 37626, 3/8" X 10', POWER OPERATED BACK GAUGE, HYD., SQUARING ARM, DEAD ROLLER TYPE ENTRY CONVEYOR, [C] | $33,000.00 |
| 2 | AS | BRIDGE CRANES, ROBBINS & MYERS, 10-TON CAP., TRIPLE BEAM SUSPENSION, APPROX. 35' SPAN, PENDANT CONTROL [C] | $28,000.00 |
| LOT | FA | MATERIAL HANDLING EQUIPMENT, INCL. BUT NOT LIMITED TO: SPREADER BARS, CHAINS, PLATE LIFTERS, ROLLING, ETC. | $18,000.00 |
| 1 | FA | HOSE CRIMPING MACHINE, AEROQUIP, PART #FT1307, MDL. A, S/N 1063, MFD. 1983, SELF-CONTAINED UNIT, INTERCHANGABLE HEADS, [C+] | $2,100.00 |
| 1 | AS | BRIDGE CRANE, ROBBINS & MYERS, 3-TON CAP., UNDERSLUNG, SGL. I-BEAM GIRDER, APPROX 20' SPAN, PENDANT CONTROL, [C] | $4,500.00 |
| 1 | AS | HYDRAULIC CYLINDER ASSEMBLY UNIT, SHOP BUILT, WELDED STRUCTURAL STEEL, WORK FIXTURES, [S] | $4,500.00 |
| 1 | AS | HYDRAULIC PRESS, H-FRAME TYPE, H.D., 24", I-BEAM GIRDER, 300-TON CAP., USED TO PRESS TIRES ON WHEELS, APPROX. 10-HP HYD. UNIT [C] | $7,600.00 |
| 1 | AS | HYDRAULIC PRESS, H-FRAME, 50-TON CAP., SHARES HYD. UNIT WITH 300-TON UNIT, USED TO PRESS BUSHINGS ON SHAFTS, [C] | $4,000.00 |

$1,443,425.00

| QTY | AREA | DESCRIPTION | UNIT VALUE IN PLACE |
|-----|------|-------------|---------------------|
| 1 | AS | HYDRAULIC PRESS, WADE PRESDEE, SELF-CONTAINED HYDRAULICS, TONNAGE UNKNOWN, C-FRAME DESIGN, [C] | $1,200.00 |
| LOT | FA | WELDING FIXTURES & PATTERNS, ASSORTED, SOME USED AS PROPRIETARY PRODUCT LINE, OTHER GENERAL WELDING FIXTURES & SET-UP FIXTURES, INCL. THOSE PURCHASED BETWEEN 4/26/1990 AND PRESENT DATE | $48,000.00 |
| LOT | MS | INSPECTION EQUIPMENT, INCL. BUT NOT LIMITED TO: FOWLER MAGNETIC BASE HOLDERS FOR DIAL INDICATORS, FOWLER MDL. 52-520-110B DIAL INDICATOR, FLWLER CALIPERS, MITUTOYO CALIPERS, HAND TOOLS, FOWLER VERT. 24" HEIGHT GAUGE W/DIGITAL READOUT, FOWLER 4"-5" MICROMETER, FOWLER 5"-6" MICROMETER, ZEUS 1"-2" & 2"-3" MICROMETER, STARRETT 3"-4" MICROMETER, STARRETT TELESCOPING GAUGES, FOWLER 8"-9" AND 9"-10" MICROMETER, PROTRACTORS, STARRETT CALIPERS, STARRETT STANDARDS, ADJ. PARALLELS, THREAD GAUGES, MITUTOYO 1"-2" AND 2"-3" MICROMETERS, 1"-2", 2"-3" & 3"-4" THREAD MICROMETERS, FOWLER 6"-7" MICROMETERS, WEBBERGAUGE BLOCKS, RULERS, 24" VERNIER CALIPERS, ETC. | $4,000.00 |
| LOT | RS | TOOLING, INCL BUT NOT LIMITED TO: TOE CLAMPS, SETP BLOCKS, 4" BORING HEAD, 3" BORING HEAD & HOLDER, 2" BORING HEAD HOLDER, CHAMFER MILL END MILL HOLDERS, 6" MILLING CUTTERS, TAPER SHANK ARBORS, SHELLARBOR MOUNTS, H.D. CHUCKS, CUTTER PLATES, BLADE HOLDERS, END MILLS, HOG MILLS, SPOT FIXTURE, ANVIL, MORSE TAPER SLEEVER, MORSE TAPER LONG SLEEVE EXTENSION, SPADE DRILL HOLDERS, MACHINIST JACKS, DIE GRINDERS, 12" ROTARY TABLES, DOALL SWIVEL VISES, BRIDGEPORT VISES, ANGLE BLOCKS, PARALLELS, MILLING CUTTERS, STAGGERED TOOTH MILLING CUTTERS, HONING STONE HOLDER SETS, JACOB CHUCKS, AIR IMPACT DRIVERS, AIR RATCHETS, AIR SANDERS, AIR DRILLS, ELECTRIC DRILLS, COMB. WRENCHES, CHAIN STRAP, WRENCHES, REDUCTION DRIVERS, PRY BARS, SOCKETS, SNAP RING PLIERS, HACKSAWS, GEAR PULLER SETS, RIGHT-ANGLE GRINDERS, STEEL STAMPS, (LETTER & NO. TYPE), PNEU. CHIPPING HAMMERS, PNEU. SLAG REMOVERS, ETC. | $26,000.00 |
| 1 | AE | MACHINING CENTER, TREE, MDL 1260, AUTOMATIC-CNC | $38,000.00 |
| 1 | AE | TURNING CENTER, OKUMA, MDL. LB35, 11/1500, CNC, S/N 70143, WITH CHIP CONVEYOR | $150,000.00 |

$1,443,425.00

| QTY | AREA | DESCRIPTION | UNIT VALUE IN PLACE |
|-----|------|-------------|---------------------|
| LOT | AE | MISCELLANEOUS OFFICE FURNITURE & EQUIPMENT, INCL. PANELS, FILES, CHAIRS, DESKS. ETC. 11 STATIONS, 2 CONFERENC ROOMS | $18,000.00 |
| 2 | EA | WELDERS, LINCOLN, MDL DC400, CC/CU, S/N U1991200149, S/N U1991200153, S/N U1991200147, WITH LINCOLN MDL. DH-10 DUAL WIRE FEEDER, CABLE, TWECO GUNS, HOSE, ETC. | $4,000.00 |
| 11 | EA | WELDERS, LINCOLN, WITH HOBART MDL. DH10 DUAL WIRE FEEDER, CABLES, TWECO FUN, HOSE, ETC. | $22,000.00 |
| 1 | EA | SIDE BEAM WELDER, PANDJIRIS, INCL. (2) LINCOLN METAL CORED MIG PACKAGES, CONSISTING OF: LINCOLN MDL CV655 POWER SOURCE; LINCOLN MDL. LN9F-GMA CIBTRIKKER FEEDERL LINCOLN DRIVE ROLL KIT; LINCOLN GAM TIMER KIT, LINCOLN COOLER 20 WATER CIRCULATOR, TWECO 45-DEG., WATER COOLED MIG TORCH, TWECO SPARE CONTACT TIPS AND NOZZLES, MISC. CABLES & HOSE FOR PROPER OPERATION | $75,000.00 |
| LOT | EA | COMPUTERS & COMPUTER PERIPHERALS, INCL. PCS, SERVERS, TERMINALS, PRINTERS, HUBS, CARDS, BATTERY BACKUPS, SYMIX SOFTWARE. 15 STATIONS, BACKUP | $72,000.00 |
| 1 | | DODGE RAM FLAT BED TRUCK, 2-TON | $4,000.00 |
| 1 | | DO-ALL AUTOMATIC FEED BAND SAW | $17,000.00 |
| 1 | | WATER CUTTING TABLE | $24,000.00 |
| 1 | | CSI-5 CUTTING MACHINE-CNC | $125,000.00 |
| 1 | | ROYAL PT220 LIFT TRUCK | $122,000.00 |
| 1 | | SOLAIR COMPRESSOR | $26,000.00 |
| 1 | | 2008 HYUNDAI SONATA | $12,000.00 |
| 14 | | HOIST, 1 TON, ELECTRIC, WITH JIB BOOM | $25,200.00 |
| LOT | | STEEL STORAGE RACKS | $12,000.00 |
| 1 | | LAWN MOWER WITH TRAILER - MTD PRO, 60" | $4,500.00 |
| 1 | | LIFT, NISSAN, 1.5T, ELECTRIC WITH CHARGER | $3,500.00 |
| 3 | | DRILL PRESS, FLOOR-TYPE WITH WORK TABLE | $800.00 |
| 1 | | 12 TON LIFT BOOM | $5,000.00 |
| 3 | | TEST WEIGHTS, 10 TON (2), 18 TON | $5,600.00 |
| 6 | | TOOL GRINDERS | $1,200.00 |
| 1 | | SNOW PUSH BLADE | $800.00 |

$1,443,425.00

| QTY | AREA | DESCRIPTION | UNIT VALUE IN PLACE |
|-----|------|-------------|---------------------|
| LOT | | WORK TABLES, STORAGE CABINETS, ETC. | $4,000.00 |
| 1 | | MAGNETIC DRILL - PORTABLE | $525.00 |
| LOT | | SHOP HARDWARE, HOSE, FITTING, LIGHTS, ETC. | $5,000.00 |
| LOT | | PAINT SPRAY SYSTEM, AIR | $2,000.00 |
| 3 | | MODULAR OFFICES WITH AC/HEAT, TWO MAIN FLOOR, ONE MEZZANINE | $27,000.00 |
| 3 | | OXY/ACETYLENE PORTABLE CUTTING STATIONS | $900.00 |
| 5 | | OXY/ACETYLENE STATIONARY CUTTING STATIONS | $1,500.00 |
| | | ROYAL COUNTERWEIGHT PATTERNS (SEE ATTACHED PAGE FOR DESCRIPTIONS) | $211,000.00 |
| | | | $1,443,425.00 |

.

In re    Royal Tractor Company, Inc.                     ,       Case No. _____
                                           Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:         ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                    $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                        *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| NONE. | | | |

In re    Royal Tractor Company, Inc.                              ,    Case No. _____

                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

      State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

      List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

      If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

      If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

      Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| **Account No.** xxxx5293 | | | | 7/3/0/2015 | | | | | |
| Creditor #: 1 Bank of the Prairie 23600 College Blvd Olathe, KS 66061 | X | - | | Loan  Equipment/Accounts receivables | | | | | |
| | | | | Value $            Unknown | | | | 395,000.00 | Unknown |
| **Account No.** | | | | April 2014 | | | | | |
| Creditor #: 2 EDW. C. Levy Co. dba Levy Ohio Canton 9300 Dix Avenue Dearborn, MI 48120 | | - | | Claim for goods  2 Royal Haulmaster trailers | X | | X | | |
| | | | | Value $            Unknown | | | | 140,960.00 | Unknown |
| **Account No.** | | | | | | | | | |
| Tyler Peters Payne & Jones Chtd 11000 King Overland Park, KS 66210 | | | | Representing: EDW. C. Levy Co. | | | | Notice Only | |
| | | | | Value $ | | | | | |
| **Account No.** | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

   0    continuation sheets attached

| | Subtotal (Total of this page) | 535,960.00 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 535,960.00 | 0.00 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

.

In re    Royal Tractor Company, Inc. _____,    Case No. _____
                                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

5     continuation sheets attached

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

In re     Royal Tractor Company, Inc.                                    ,          Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | | Unpaid wages | | | | | |
| Creditor #: 1 Jim Brelsford 620 Wabash Avenue Olathe, KS 66061 | - | | | | | | | | 1,968.00 | 0.00 1,968.00 |
| Account No. | | | | | Unpaid wages | | | | | |
| Creditor #: 2 Jose Casanova 973 Megan Lane Willard, MO 65781 | - | | | | | | | | 3,744.36 | 0.00 3,744.36 |
| Account No. | | | | | Unpaid wages | | | | | |
| Creditor #: 3 Larry Gallamore 8604 Brenda Lane Pleasant Valley, MO 64068-8625 | - | | | | | | | | 3,228.78 | 0.00 3,228.78 |
| Account No. | | | | | Unpaid wages | | | | | |
| Creditor #: 4 Gary Greg 605 N Mulberry Street Ottawa, KS 66067-1816 | - | | | | | | | | 2,580.00 | 0.00 2,580.00 |
| Account No. | | | | | Unpaid wages | | | | | |
| Creditor #: 5 James Hardwick 12608 Aberdeen Road Leawood, KS 66209-2450 | - | | | | | | | | 840.00 | 0.00 840.00 |

Sheet __1__ of __5__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)      12,361.14      0.00      12,361.14

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re    Royal Tractor Company, Inc.                                    ,     Case No. _____
                                    **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY — AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Unpaid wages - Notice only | | | | | |
| Creditor #: 6 Margaret Hardwick 12608 Aberdeen Road Leawood, KS 66209-2450 | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Unpaid wages | | | | | |
| Creditor #: 7 Thomas Hardwick 12608 Aberdeen Road Leawood, KS 66209 | - | | | | | | | 0.00 |
| | | | | | | | 33,604.81 | 33,604.81 |
| Account No. | | | Unpaid wages | | | | | |
| Creditor #: 8 Robert Ice 3027 N. 77th Street Kansas City, KS 66109 | - | | | | | | | 0.00 |
| | | | | | | | 1,320.00 | 1,320.00 |
| Account No. | | | Unpaid wages | | | | | |
| Creditor #: 9 Jesse Jenkins 318 N. Blake Street Overland Park, KS 66212 | - | | | | | | | 0.00 |
| | | | | | | | 720.00 | 720.00 |
| Account No. | | | Unpaid wages - notice only | | | | | |
| Creditor #: 10 Gary Marks 1054 N. Main Tonganoxie, KS 66086-0386 | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |

Sheet __2__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 |
|---|---|---|
| | (Total of this page) | 35,644.81 | 35,644.81 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

In re    Royal Tractor Company, Inc. _____ ,    Case No. _____

                                                  Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Unpaid wages | | | | | |
| Creditor #: 11 David Powell 12101 Haskins Street Overland Park, KS 66213-5041 | - | | | | | | 9,025.70 | 0.00 / 9,025.70 |
| Account No. | | | Unpaid wages | | | | | |
| Creditor #: 12 Jerry Sandberg 406 W. Wea Street Paola, KS 66071-1452 | - | | | | | | 117.20 | 0.00 / 117.20 |
| Account No. | | | Unpaid wages | | | | | |
| Creditor #: 13 Kathryn Scott 8910 W. 115th Street Overland Park, KS 66210-1780 | - | | | | | | 1,620.00 | 0.00 / 1,620.00 |
| Account No. | | | Unpaid wages | | | | | |
| Creditor #: 14 Tommy Thompson 1711 Rock Creek Road Ottawa, KS 66067 | - | | | | | | 1,440.00 | 0.00 / 1,440.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet  3  of  5  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)   12,202.90

0.00
12,202.90

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

In re     Royal Tractor Company, Inc.                  Case No. _____

                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Taxes due | | | | | |
| Creditor #: 15 Internal Revenue Service Centralized Insolvency Ops PO Box 7346 Philadelphia, PA 19101-7346 | - | | | | | | 800,000.00 | Unknown / Unknown |
| Account No. | | | Representing: Internal Revenue Service | | | | Notice Only | |
| Internal Revenue Service Attn: Insolvency/Advisory Mail Stop 5334 LSM 2850 NE Independence Ave Lees Summit, MO 64064 | | | | | | | | |
| Account No. | | | Representing: Internal Revenue Service | | | | Notice Only | |
| US Attorney - Kansas US Courthouse 500 State Avenue, Rm 360 Kansas City, KS 66101 | | | | | | | | |
| Account No. | | | Representing: Internal Revenue Service | | | | Notice Only | |
| US Attorney - Missouri US Courthouse 400 E 9th   5th Fl Kansas City, MO 64106 | | | | | | | | |
| Account No. | | | Property taxes | | | | | |
| Creditor #: 16 Johnson County Treasurer 111 South Cherry Street Suite 1500 Olathe, KS 66061-3468 | - | | | | | | 0.00 | Unknown / Unknown |

Sheet __4__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 |
|---|---|---|
| | (Total of this page) | 800,000.00    0.00 |

In re    Royal Tractor Company, Inc. _____,    Case No. _____
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY — AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | State Income Tax | | | | | |
| Creditor #: 17 Kansas Department of Revenue Civil Tax Enforcement PO Box 12005 Topeka, KS 66612-2005 | - | | | | | | 123,638.00 | Unknown Unknown |
| Account No. | | | | | | | | |
| Kansas Dept of Administration Attn Director of Acct & Report Landon State Ofc Bldg Rm 351S 900 SW Jackson Topeka, KS 66612 | | | Representing: Kansas Department of Revenue | | | | Notice Only | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet  5  of  5  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 123,638.00 | 0.00 |
| Total | 0.00 | |
| (Report on Summary of Schedules) | 983,846.85 | 60,208.85 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

In re    Royal Tractor Company, Inc. _____ ,    Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Business debt | | | | |
| Creditor #: 1 A Lift Industrial 224 Rourke Line Belle River ON N0R 1A0 Canada | - | | | | | | | | 282.22 |
| Account No. | | | | | Business debt | | | | |
| Creditor #: 2 Advance Auto Parts PO Box 5219 Carol Stream, IL 60197-5219 | - | | | | | | | | 4.19 |
| Account No. | | | | | Business debt | | | | |
| Creditor #: 3 All Copy Products 4141 Colorado Blvd Denver, CO 80216 | - | | | | | | | | 1,307.84 |
| Account No. | | | | | Business debt | | | | |
| Creditor #: 4 All Packaging Co Inc P.O. Box 414287 Kansas City, MO 64141 | - | | | | | | | | 28.76 |

__23__ continuation sheets attached

Subtotal
(Total of this page)     1,623.01

In re    Royal Tractor Company, Inc.                                    ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business debt | | | | |
| Creditor #: 5 American Vulcan Corp P.O. Drawer 673 Winter Haven, FL 33884 | | - | | | | | 826.00 |
| Account No. | | | Phone services | | | | |
| Creditor #: 6 AT&T Attn: Bankruptcy Dept. PO Box 769 Arlington, TX 76004 | | - | | | | | 581.96 |
| Account No. xxxxx0218 | | | | | | | |
| Creditor #: 7 AT&T Mobility P.O. Box 6463 Carol Stream, IL 60197-6463 | | - | | | | | 293.33 |
| Account No. | | | Business debt | | | | |
| Creditor #: 8 Atlantic Lift 2945 Whittington Ave Baltimore, MD 21230-9990 | | - | | | | | 1,173.66 |
| Account No. | | | Utility services | | | | |
| Creditor #: 9 Atmos Energy PO Box 66063 Dallas, TX 75266-0063 | | - | | | | | 7,314.00 |

Sheet no. __1__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          10,188.95

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re      Royal Tractor Company, Inc.                                    ,      Case No. _____
                                    **Debtor**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business debt | | | | |
| Creditor #: 10 B&B Hydraulics, Inc 2400 Line Road Hutchinson, KS 67501 | - | | | | | | | 174.44 |
| Account No. | | | | Business debt - judgment. | | | | |
| Creditor #: 11 Bay State Precast, LLC 14800 Gibbons Church Road Brandywine, MD 20613 | - | | | | | | | 138,136.35 |
| Account No. | | | | Representing: Bay State Precast, LLC | | | | |
| Diane Lewis Brown & Ruprecht, P.C. 2323 Grand Blvd, Ste. 1100 Kansas City, MO 64108 | | | | | | | | Notice Only |
| Account No. | | | | Business debt | | | | |
| Creditor #: 12 Black Equipment 2685 Pembroke Hopkinsville, KY 42240 | - | | | | | | | 200.64 |
| Account No. | | | | Business debt | | | | |
| Creditor #: 13 Boan & Connealy CPAs 13220 Metcalf Suite 100 Overland Park, KS 66213 | - | | | | | | | 2,000.00 |

Sheet no. _2_ of _23_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          140,511.43

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

In re    Royal Tractor Company, Inc. _____,    Case No. _____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Creditor #: 14<br>Burns Industrial<br>8155 Roll & Hold Parkway<br>Macedonia, OH 44056 | | - | Business debt | | | | 688.54 |
| Account No.<br>Creditor #: 15<br>Calumet<br>35 E. 168th Street<br>South Holland, IL 60473 | | - | Business debt | | | | 1,427.71 |
| Account No. xxxxxxxxxx6716<br>Creditor #: 16<br>Canon Financial Services<br>P.O. Box 41602<br>Philadelphia, PA 19101-1602 | | - | Business debt | | | | 4,108.41 |
| Account No.<br>Creditor #: 17<br>Carson Industrial<br>2682 Old Highway 52 South<br>Pilot Mountain, NC 27041 | | - | Business debt | | | | 171.16 |
| Account No.<br>Creditor #: 18<br>Central Detroit Diesel Al<br>P.O. Box 877625<br>Kansas City, MO 64187-7625 | | - | Business debt | | | | 245.00 |

Sheet no. _3_ of _23_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    6,640.82

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

In re    Royal Tractor Company, Inc. _____ ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.** Creditor #: 19 Certified Power, Inc. Power Train Division 75 Remittance Drive, Dept 3165 Chicago, IL 60675-3165 | - | | | | | | 36,955.86 |
| **Account No.** Creditor #: 20 Cintas FAS Lockbox 636525 P.O. ox 636525 Cincinnati, OH 45263-6525 | - | | Business debt | | | | 1,009.19 |
| **Account No.** Creditor #: 21 City of Olathe 100 West Santa Fe Olathe, KS 66051-0768 | - | | Business debt | | | | 1,946.15 |
| **Account No.** Creditor #: 22 CMC of Georgia, Inc. 2167 Highway 123 Toccoa, GA 30577 | - | | Business debt | | | | 14.70 |
| **Account No.** Creditor #: 23 CNC Repair & Sales Co 1770 Front St #142 Lynden, WA 98264 | - | | Business debt | | | | 1,749.00 |

Sheet no. __4__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) ___ 41,674.90

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

In re   Royal Tractor Company, Inc.                                    ,     Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.** | | | For notice purposes only | | | | |
| Creditor #: 24 Commercial Capital Company LLC 8215 Melrose Drive, Ste. 100 Overland Park, KS 66214 | - | | | | | | 0.00 |
| **Account No.** | | | Business debt | | | | |
| Creditor #: 25 Corporate Resource Group P.O. Box 400 Olathe, KS 66051-0400 | - | | | | | | 1,311.63 |
| **Account No.** | | | Business debt | | | | |
| Creditor #: 26 Coventry Health Care of Kansas P.O. Box 790210 Saint Louis, MO 63179 | - | | | | | | 18,695.20 |
| **Account No.** | | | Business debt | | | | |
| Creditor #: 27 Crane America 88048 Expedite Way Chicago, IL 60695-0001 | - | | | | | | 577.90 |
| **Account No.** | | | Business debt | | | | |
| Creditor #: 28 Crown Engineering, Inc. 27827 Fairground Road Adel, IA 50003 | - | | | | | | 324.98 |

Sheet no. __5__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   20,909.71

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

In re __Royal Tractor Company, Inc._____,  Case No. _____
                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business debt | | | | |
| Creditor #: 29 Dana Corporation P.O. Box 910230 Dallas, TX 75391-0230 | - | | | | | | | 249.22 |
| Account No. | | | | Business debt | | | | |
| Creditor #: 30 DB Engineering, Inc. 1936 Lone Star Road Mansfield, TX 76063 | - | | | | | | | 436.70 |
| Account No. | | | | Services | | | | |
| Creditor #: 31 Deffenbaugh Disposal 2601 Midwest Drive Kansas City, KS 66111 | - | | | | | | | 607.65 |
| Account No. | | | | Business debt | | | | |
| Creditor #: 32 Deffenbaugh Disposal P.O. Box 3220 Shawnee, KS 66203 | - | | | | | | | 148.53 |
| Account No. | | | | Business debt | | | | |
| Creditor #: 33 Delta Dental of Kansas P.O. Box 3806 Wichita, KS 67201-3806 | - | | | | | | | 2,305.43 |

Sheet no. __6___ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **3,747.53**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

In re    Royal Tractor Company, Inc. _____,    Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.**  Creditor #: 34 Equipment Depot P.O. Box 20187 Waco, TX 76702-0187 | | - | | Business debt | | | | 973.97 |
| **Account No.** xxxxxxxxxxxxx8806  Creditor #: 35 Farm Bureau Financial Services P.O. Box 6565 Carol Stream, IL 60197-6565 | | - | | Business debt | | | | 323.44 |
| **Account No.**  Creditor #: 36 Fastenal Co P.O. Box 978 Winona, MN 55987 | | - | | Business debt | | | | 2,946.79 |
| **Account No.**  Creditor #: 37 FedEx P.O. Box 94515 Palatine, IL 60094-4515 | | - | | Business debt | | | | 322.28 |
| **Account No.**  Creditor #: 38 FedEx Freight Dept CH P.O. Box 10306 Palatine, IL 60055-0306 | | - | | Business debt | | | | 433.63 |

Sheet no. _7__ of _23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        5,000.11

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

In re    Royal Tractor Company, Inc. _____ ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business debt | | | | |
| Creditor #: 39 FluidTech, Inc. PO Box 951259 Dallas, TX 75395-1259 | - | | | | | | 1,558.62 |
| Account No. | | | Business debt | | | | |
| Creditor #: 40 Force America 501 E. Clift Road, Suite 100 Burnsville, MN 55337 | - | | | | | | 1,980.37 |
| Account No. | | | | | | | |
| Creditor #: 41 Fraza/Forklifts 39550 Schoolcraft Road Plymouth, MI 48170 | - | | | | | | 1,977.03 |
| Account No. | | | Judgment entered | | | | |
| Creditor #: 42 Gregory Poole Equipment Co. c/o James Beck, Esq. Vann Attorneys PO Box 2445 Raleigh, NC 27602 | - | | | | | | 126,419.90 |
| Account No. | | | | | | | |
| Mark D. Hagen 8645 College Blvd, Ste. 220 Overland Park, KS 66210 | | | Representing: Gregory Poole Equipment Co. | | | | Notice Only |

Sheet no. __8___ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        131,935.92

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

In re    Royal Tractor Company, Inc.                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Business debt | | | | |
| Creditor #: 43 H.A. Guden Co., Inc. 99 Raynor Ave Ronkonkoma, NY 11779 | | - | | | | | | 53.10 |
| Account No. | | | | Business debt | | | | |
| Creditor #: 44 Haldex Brake Prod Corp Dept 289301 P.O. Box 67000 Detroit, MI 48267-2893 | | - | | | | | | 65.75 |
| Account No. | | | | Business debt | | | | |
| Creditor #: 45 James Hardwick 12608 Aberdeen Road Leawood, KS 66209 | | - | | | | | | 2,100.00 |
| Account No. | | | | Loan to company | | | | |
| Creditor #: 46 Thomas Hardwick 12608 Aberdeen Road Leawood, KS 66209 | | - | | | | | | 150,000.00 |
| Account No. | | | | Business debt | | | | |
| Creditor #: 47 Heavy Duty Transaxle P.O. Box 160 Monroe, WA 98272 | | - | | | | | | 1,580.00 |

Sheet no. _9__ of _23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                153,798.85

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

In re  Royal Tractor Company, Inc. _____,  Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business debt | | | | |
| Creditor #: 48 Hewitt Material Handling C.P. Box 640 Canada H9R 4S7 | - | | | | | | | 66.46 |
| Account No. | | | | Business debt | | | | |
| Creditor #: 49 Hyunjin Corporation Rm 1206 Hyundaegoldentel #102 Gwangjang-Dong, Gwangjin Seoul, S Korea | - | | | | | | X | 371,945.09 |
| Account No. | | | | Business debt | | | | |
| Creditor #: 50 I M Steel, Inc. P.O. Box 88498 Chicago, IL 60680-1498 | - | | | | | | | 8,974.24 |
| Account No. | | | | Business debt | | | | |
| Creditor #: 51 IBT, Inc. P.O. Box 873065 Kansas City, MO 64187-3065 | - | | | | | | | 2.84 |
| Account No. | | | | Business debt | | | | |
| Creditor #: 52 ICS, Inc. 210 N. Elder McPherson, KS 67460 | - | | | | | | | 7,680.60 |

Sheet no. _10_ of _23_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  388,669.23

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

In re    Royal Tractor Company, Inc.                        ,    Case No. _____

                                 Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Creditor #: 53<br>J.C. Airport Commission<br>Accounts Receivable<br>111 S. CHerry St., Suite 1500<br>Olathe, KS 66061 | | - | Business debt | | | | 32,455.33 |
| Account No.<br>Creditor #: 54<br>Johnson County Treasurer<br>111 S. Cherry<br>Olathe, KS 66061-3471 | | - | Business debt | | | | 7,226.58 |
| Account No.<br>Creditor #: 55<br>Johnson County Wastewater<br>11811 S. Sunset Dr, Ste. 2500<br>Olathe, KS 66061 | | - | Services | | | | 296.38 |
| Account No.<br>Creditor #: 56<br>Josephson Mfg. Co.<br>216 Central Ave<br>Fort Dodge, IA 50501 | | - | Business debt | | | | 923.00 |
| Account No.<br>Creditor #: 57<br>JRE Signs Print & Design<br>13915 West 107th St<br>Lenexa, KS 66215 | | - | Business debt | | | | 175.00 |

Sheet no. __11__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     41,076.29

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

In re  Royal Tractor Company, Inc. ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | Note | | | | | |
| Creditor #: 58 Kansas Tech Enterprise Corp 112 W. 6th, Suite 400 Topeka, KS 66603 | - | | | | | | X | Unknown |
| Account No. | | | Business debt | | | | | |
| Creditor #: 59 KCPL P.O. Box 219330 Kansas City, MO 64121-9330 | - | | | | | | | 4,358.74 |
| Account No. | | | Business debt | | | | | |
| Creditor #: 60 Kelly Tractor Company 8255 N.W. 58th St Miami, FL 33166 | - | | | | | | | 16,133.66 |
| Account No. | | | Business debt | | | | | |
| Creditor #: 61 Klingspor Abrasives, Inc. P.O. Box 2367 Hickory, NC 28603-2367 | - | | | | | | | 31.60 |
| Account No. | | | Business debt | | | | | |
| Creditor #: 62 Landstar Ligon, Inc. Drawer CS 100733 Atlanta, GA 30384-0733 | - | | | | | | | 155.75 |

Sheet no. _12__ of _23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20,679.75

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re      Royal Tractor Company, Inc.                                          ,      Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business debt | | | | |
| Creditor #: 63 Lathrop & Gage 2345 Grand Blvd., Ste. 2800 Kansas City, MO 64108-2684 | | - | | | | | | 40,048.58 |
| Account No. | | | | Business debt | | | | |
| Creditor #: 64 Leeco Steel 135 S. LaSalle St., Dept 1180 Chicago, IL 60674-1180 | | - | | | | | | 22.15 |
| Account No. | | | | Lease of real estate known as 109 Overland Park, New Century, KS | | | | |
| Creditor #: 65 Lijika Investors PO Box 28 New Century, KS 66031-0028 | | - | | | | | | 82,000.00 |
| Account No. | | | | Representing: Lijika Investors | | | | |
| Thomas J. Hamilton Duggan Shadwick Doerr et al 11040 Oakmont Overland Park, KS 66210 | | | | | | | | Notice Only |
| Account No. | | | | Business debt | | | | |
| Creditor #: 66 Lubo USA, Inc. 719 E. Mandoline Ave Madison Heights, MI 48071 | | - | | | | | | 2,773.67 |

Sheet no. __13__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  124,844.40

In re   Royal Tractor Company, Inc.                                    ,        Case No. _____

                                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | Business debt | | | | |
| Creditor #: 67 Martin Mechanical Corp. 1419 East 19th St Kansas City, MO 64108 | | - | | | | | | |
| | | | | | | | | 1,633.39 |
| **Account No.** | | | | Business debt | | | | |
| Creditor #: 68 Matheson Tri-Gas 6000 E. Front St Kansas City, MO 64120 | | - | | | | | | |
| | | | | | | | | 10.00 |
| **Account No.** | | | | Business debt | | | | |
| Creditor #: 69 Media Services, Inc. KCMO Radio 4061 Main St, Ste D Springfield, OR 97478 | | - | | | | | | |
| | | | | | | | | 410.00 |
| **Account No.** | | | | Business debt | | | | |
| Creditor #: 70 Metal Coatings Corp. P.O. Box 630407 Houston, TX 77263-0407 | | - | | | | | | |
| | | | | | | | | 355.74 |
| **Account No.** | | | | Business debt | | | | |
| Creditor #: 71 MH Equipment Co Attn: Accounts Payable P.O. Box 50 Mossville, IL 61552 | | - | | | | | | |
| | | | | | | | | 14,062.21 |

Sheet no. __14__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                16,471.34

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

In re     Royal Tractor Company, Inc. ,     Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Creditor #: 72<br>Miami Industrial Trucks<br>2830 E. River Road<br>Dayton, OH 45439 | - | | Business debt | | | | 793.27 |
| Account No.<br>Creditor #: 73<br>Minnesota Supply Co., Inc.<br>6470 Flying Cloud Drive<br>Eden Prairie, MN 55344 | - | | Business debt | | | | 440.00 |
| Account No.<br>Creditor #: 74<br>MP Filtri USA, Inc.<br>2055 Quaker Pointe Dr<br>Quakertown, PA 18951 | - | | Business debt | | | | 752.32 |
| Account No.<br>Creditor #: 75<br>Naumann Hobbs Matl. Hndlg<br>P.O. Box 21388<br>Phoenix, AZ 85036 | - | | Business debt | | | | 5,297.93 |
| Account No.<br>Creditor #: 76<br>Nebraska Machinery Co.<br>c/o Jon A Blongewicz<br>11150 Overbrook Road, Ste. 350<br>Leawood, KS 66211 | - | | Machinery | X | | X | 200,000.00 |

Sheet no. _15_ of _23_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     207,283.52

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

In re  Royal Tractor Company, Inc.                                      ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business debt | | | | |
| Creditor #: 77 Brent Nelson 23719 W. Lorance Road Laura, IL 61451 | - | | | | | | | 49,412.00 |
| Account No. | | | | Business debt | | | | |
| Creditor #: 78 O-Ring Sales & Service 15019 W. 95th Street Lenexa, KS 66215 | - | | | | | | | 205.20 |
| Account No. | | | | For notice purposes | | | | |
| Creditor #: 79 Oakstar Bank N.A. 1020 E. Battlefield Springfield, MO 65807 | - | | | | | | | 0.00 |
| Account No. | | | | Business debt | | | | |
| Creditor #: 80 Occupational Health Centers of the Southwest, P.A. P.O. Box 369 Lombard, IL 60148-0369 | - | | | | | | | 1,034.48 |
| Account No. | | | | For notice purposes | | | | |
| Creditor #: 81 Office Business Solutions LLC 920 West 47th St Kansas City, MO 64112 | - | | | | | | | 0.00 |

Sheet no. __16__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

50,651.68

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  Royal Tractor Company, Inc. _____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business debt | | | | |
| Creditor #: 82 Office Business Solutions LLC 920 West 47th St Kansas City, MO 64112 | - | | | | | | | 5,984.64 |
| Account No. | | | | Business debt | | | | |
| Creditor #: 83 OH Rodseth & Casini 1047 Ardmore Ave Itasca, IL 60143 | - | | | | | | | 342.32 |
| Account No. | | | | Business debt | | | | |
| Creditor #: 84 Olathe Medical Center P.O. Box 419294 Kansas City, MO 64141-6294 | - | | | | | | | 3,613.05 |
| Account No. | | | | Business debt | | | | |
| Creditor #: 85 Omaha Steel Castings Co. PO Box 6276 Omaha, NE 68106-0276 | - | | | | | | | 592.65 |
| Account No. | | | | Business debt | | | | |
| Creditor #: 86 Oriented Int'l Co., Ltd. 11F.-9 No. 12 Fuxing 4th Road, Qianzhen Dist Kaohsiung, Taiwan ROC | - | | | | | | | 65,694.00 |

Sheet no. _17_ of _23_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  76,226.66

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

In re    Royal Tractor Company, Inc.                                    ,        Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| Account No. | | | Business debt | | | | |
| Creditor #: 87 Palmer Johnson Power Sys. Service Center, WBL 3315 Labore Road Saint Paul, MN 55110 | | - | | | | | 200.64 |
| Account No. | | | Business debt | | | | |
| Creditor #: 88 Paramount Mfg. LLC 18259 Westinghouse Road Abingdon, VA 24210 | | - | | | | | 2,186.10 |
| Account No. | | | Business debt | | | | |
| Creditor #: 89 Praxairr Distribution Dept. CH10660 Palatine, IL 60055-0660 | | - | | | | | 4,178.90 |
| Account No. | | | Business debt | | | | |
| Creditor #: 90 PT Trakindo Singapore Branch Attn: Financial Controller No. 6 Tuas Avenue 2 Singapore 639446 | | - | | | | | 37,872.77 |
| Account No. | | | Business debt | | | | |
| Creditor #: 91 Quarter Turn Resources Attn: Dan Miles 3505 W. North Ave Ponca City, OK 74601 | | - | | | | | 11,060.00 |

Sheet no. __18__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

55,498.41

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

In re  Royal Tractor Company, Inc.
                          Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Creditor #: 92<br>Quinn Company<br>P.O. Box 12625<br>Fresno, CA 93778 | - | | Business debt | | | | 747.01 |
| Account No.<br>Creditor #: 93<br>Santander Consumer USA<br>PO Box 660663<br>Dallas, TX 75266-0663 | - | | Business debt | | | | 2,531.95 |
| Account No.<br>Creditor #: 94<br>Sargents Eq. & Repair<br>155 Industrial Drive<br>Gilberts, IL 60136 | - | | Business debt | | | | 2,320.46 |
| Account No.<br>Creditor #: 95<br>George & Theron Schlagel<br>P.O. Box 10<br>Olathe, KS 66051-0010 | - | | Business debt | | | | 17,640.00 |
| Account No.<br>Creditor #: 96<br>Harold & Anna Schlagel<br>FLP<br>P.O. Box 10<br>Olathe, KS 66051-0010 | - | | Business debt | | | | 31,360.00 |

Sheet no. _19_ of _23_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  54,599.42

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

In re    Royal Tractor Company, Inc.                                          ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Business debt | | | | |
| Creditor #: 97 <br> Scott Toyota Lift <br> P.O. Box 40218 <br> Baton Rouge, LA 70835 | - | | | | | | | 328.97 |
| Account No. | | | | Business debt | | | | |
| Creditor #: 98 <br> Shannahan Crane and Hoist <br> P.O. Box 790379 <br> Saint Louis, MO 63179-0379 | - | | | | | | | 1,996.23 |
| Account No. | | | | Business debt | | | | |
| Creditor #: 99 <br> Superior Metal Treating <br> 2540 Indiana Avenue <br> Kansas City, MO 64127 | - | | | | | | | 1,316.99 |
| Account No. | | | | Business debt | | | | |
| Creditor #: 100 <br> T&W Steel <br> 1612 Southwest Jefferson St. <br> Lees Summit, MO 64081 | - | | | | | | | 75,760.50 |
| Account No. | | | | Business debt | | | | |
| Creditor #: 101 <br> Translectric <br> P.O. Box 307 <br> Jackson, MO 63755 | - | | | | | | | 262.41 |

Sheet no. __20__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      79,665.10

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

In re   Royal Tractor Company, Inc. _____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business debt | | | | |
| Creditor #: 102 TYCO Dept CH 10320 Palatine, IL 60055 | | - | | | | | | 902.50 |
| Account No. | | | | For notice purposes | | | | |
| Creditor #: 103 U.S. Department of Labor 200 Constitution Avenue, NW Washington, DC 20210 | | - | | | | | | 0.00 |
| Account No. | | | | Business debt - Line of credit | | | | |
| Creditor #: 104 UMB Attn Bankruptcy Dept PO Box 419734 Kansas City, MO 64141 | X | - | | | | | | 1,211.33 |
| Account No. | | | | Business debt | | | | |
| Creditor #: 105 Unifirst Corporation 68 Jonspin Road Wilmington, MA 01887 | | - | | | | | | 8,817.92 |
| Account No. | | | | Business debt | | | | |
| Creditor #: 106 United Parcel Service P.O. Box 505820 The Lakes, NV 88905-5820 | | - | | | | | | 72.74 |

Sheet no. __21__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          11,004.49

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

In re     Royal Tractor Company, Inc.                          ,     Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  Creditor #: 107  Unzicker Equipment  1400 S. Main St.  Morton, IL 61550 | - | | Business debt | | | | 163.99 |
| Account No.  Creditor #: 108  USMM  7400 V. Kedzie Ave  Skokie, IL 60076 | - | | Business debt | | | | 478.16 |
| Account No.  Creditor #: 109  Vetter Forks, Inc.  525 West Monroe St, Ste 2360  Chicago, IL 60661 | - | | Business debt | | | | 8,478.00 |
| Account No.  Creditor #: 110  Wiese Planning & Eng  1435 Woodson Road  Saint Louis, MO 63132 | - | | Business debt | | | | 718.50 |
| Account No.  Creditor #: 111  Windstream Communications  301 N. Main Street, Ste. 5000  Greenville, SC 29601 | - | | Services | | | | 2,381.94 |

Sheet no. __22__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     12,220.59

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

In re    Royal Tractor Company, Inc.                                    ,    Case No. _____
                                    **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business debt | | | | |
| Creditor #: 112 Womack Machine Supply Co P.O. Box 3197 Carol Stream, IL 60132-3197 | - | | | | | | 9.89 |
| Account No. | | | Business debt | | | | |
| Creditor #: 113 Yates Industries 23050 Industrial Drive East St. Clair Shores, MN | - | | | | | | 5,787.50 |
| Account No. | | | Business debt | | | | |
| Creditor #: 114 Young Windows, Inc. 680 Colwell Lane Conshohocken, PA 19428 | - | | | | | | 3,292.50 |
| Account No. | | | Business debt | | | | |
| Creditor #: 115 Zahid Tractor & Hm Co., Ltd. Kilo 5, Old Makkah Rd Jeddah, Saudi Arabia | - | | | | | | 201.59 |
| Account No. | | | Business debt | | | | |
| Creditor #: 116 Zep 13237 Collections Center Dr Chicago, IL 60693 | - | | | | | | 409.79 |

Sheet no. __23__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 9,701.27 |
| Total (Report on Summary of Schedules) | | 1,664,623.38 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

In re     Royal Tractor Company, Inc.                          ,     Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| All Copy Products<br>4141 Colorado Blvd<br>Denver, CO 80216 | Copy machine maintenance contract @ $154/month. |
| Lijika Investors<br>c/o Thomas J. Hamilton<br>Duggan Shadwick Doerr et al<br>11040 Oakmont<br>Overland Park, KS 66210 | Lease of 109 Overland Park Place, New Century KS 66031 @ $5,000/month. |
| Office Business Solutions LLC<br>920 West 47th St<br>Kansas City, MO 64112 | Lease of copy machines & printers @ $634.74/month. |
| Windstream Communications<br>301 N. Main Street, Ste. 5000<br>Greenville, SC 29601 | Lease of telephones/system @ approximately $1,500.00 month. |

0

     continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

In re     Royal Tractor Company, Inc.               ,     Case No. _____

                           Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Kathryn Hardwick<br>12608 Aberdeen Road<br>Leawood, KS 66209 | Bank of the Prairie<br>23600 College Blvd<br>Olathe, KS 66061 |
| Thomas Hardwick<br>12608 Aberdeen Road<br>Leawood, KS 66209 | UMB<br>Attn Bankruptcy Dept<br>PO Box 419734<br>Kansas City, MO 64141 |
| Thomas Hardwick<br>12608 Aberdeen Road<br>Leawood, KS 66209 | Bank of the Prairie<br>23600 College Blvd<br>Olathe, KS 66061 |

    0

_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                            Best Case Bankruptcy

# United States Bankruptcy Court
## District of Kansas

In re  Royal Tractor Company, Inc.

Debtor(s)

Case No. _____

Chapter  11

# BUSINESS INCOME AND EXPENSES

**FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS**  (NOTE: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

| | | | |
|---|---|---:|---|
| 1. Gross Income For 12 Months Prior to Filing: | | $ | 0.00 |

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

| | | | |
|---|---|---:|---|
| 2. Gross Monthly Income | | $ | 0.00 |

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

| | | |
|---|---|---:|
| 3. Net Employee Payroll (Other Than Debtor) | $ | 0.00 |
| 4. Payroll Taxes | | 0.00 |
| 5. Unemployment Taxes | | 0.00 |
| 6. Worker's Compensation | | 0.00 |
| 7. Other Taxes | | 0.00 |
| 8. Inventory Purchases (Including raw materials) | | 0.00 |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | | 0.00 |
| 10. Rent (Other than debtor's principal residence) | | 0.00 |
| 11. Utilities | | 0.00 |
| 12. Office Expenses and Supplies | | 0.00 |
| 13. Repairs and Maintenance | | 0.00 |
| 14. Vehicle Expenses | | 0.00 |
| 15. Travel and Entertainment | | 0.00 |
| 16. Equipment Rental and Leases | | 0.00 |
| 17. Legal/Accounting/Other Professional Fees | | 0.00 |
| 18. Insurance | | 0.00 |
| 19. Employee Benefits (e.g., pension, medical, etc.) | | 0.00 |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| | |

21. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| | |

| | | | |
|---|---|---:|---|
| 22. Total Monthly Expenses (Add items 3-21) | | $ | 0.00 |

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

| | | | |
|---|---|---:|---|
| 23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2) | | $ | 0.00 |

# United States Bankruptcy Court
## District of Kansas

In re     Royal Tractor Company, Inc.                          ,      Case No. _____

                                       Debtor

Chapter _____ 11 _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 8 | 2,958,425.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 535,960.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 6 | | 983,846.85 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 24 | | 1,664,623.38 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 0.00 |
| Total Number of Sheets of ALL Schedules | | 47 | | | |
| Total Assets | | | 2,958,425.00 | | |
| Total Liabilities | | | | 3,184,430.23 | |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com             Best Case Bankruptcy

# United States Bankruptcy Court
## District of Kansas

In re     Royal Tractor Company, Inc.                   ,      Case No. _____

                                               Debtor

Chapter _____ 11 _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

# United States Bankruptcy Court
## District of Kansas

In re    Royal Tractor Company, Inc.                 Case No. _____
                                      Debtor(s)         Chapter    11

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___49___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   November 17, 2015             Signature    /s/ Thomas J. Hardwick
                                                      Thomas J. Hardwick
                                                      President

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## District of Kansas

In re    Royal Tractor Company, Inc.                 Case No.                  
Debtor(s)        Chapter     11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept such amounts as are approved by court    $      Unknown

   Prior to the filing of this statement I have received    $      50,000

   Balance Due as approved by the court    $      Unknown

2. $   1,717.00   of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☑ Debtor      ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ☑ Debtor      ☐ Other (specify):

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceedings, reaffirmations and redemptions.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    November 16, 2015                  /s/ Colin Gotham

                                               Colin Gotham KS#19538; MO#52343
                                               Evans & Mullinix, P.A.
                                               7225 Renner Road, Suite 200
                                               Shawnee, KS 66217
                                               (913) 962-8700   Fax: (913) 962-8701

A Lift Industrial
224 Rourke Line
Belle River ON N0R 1A0
Canada


Advance Auto Parts
PO Box 5219
Carol Stream IL 60197-5219


All Copy Products
4141 Colorado Blvd
Denver CO 80216


All Packaging Co Inc
P.O. Box 414287
Kansas City MO 64141


American Vulcan Corp
P.O. Drawer 673
Winter Haven FL 33884


AT&T
Attn: Bankruptcy Dept.
PO Box 769
Arlington TX 76004


AT&T Mobility
P.O. Box 6463
Carol Stream IL 60197-6463


Atlantic Lift
2945 Whittington Ave
Baltimore MD 21230-9990


Atmos Energy
PO Box 66063
Dallas TX 75266-0063


B&B Hydraulics, Inc
2400 Line Road
Hutchinson KS 67501


Bank of the Prairie
23600 College Blvd
Olathe KS 66061

Bay State Precast, LLC
14800 Gibbons Church Road
Brandywine MD 20613


Black Equipment
2685 Pembroke
Hopkinsville KY 42240


Boan & Connealy CPAs
13220 Metcalf
Suite 100
Overland Park KS 66213


Jim Brelsford
620 Wabash Avenue
Olathe KS 66061


Burns Industrial
8155 Roll & Hold Parkway
Macedonia OH 44056


Calumet
35 E. 168th Street
South Holland IL 60473


Canon Financial Services
P.O. Box 41602
Philadelphia PA 19101-1602


Carson Industrial
2682 Old Highway 52 South
Pilot Mountain NC 27041


Jose Casanova
973 Megan Lane
Willard MO 65781


Central Detroit Diesel Al
P.O. Box 877625
Kansas City MO 64187-7625


Certified Power, Inc.
Power Train Division
75 Remittance Drive, Dept 3165
Chicago IL 60675-3165

Cintas FAS Lockbox 636525
P.O. ox 636525
Cincinnati OH 45263-6525


City of Olathe
100 West Santa Fe
Olathe KS 66051-0768


CMC of Georgia, Inc.
2167 Highway 123
Toccoa GA 30577


CNC Repair & Sales Co
1770 Front St #142
Lynden WA 98264


Commercial Capital Company LLC
8215 Melrose Drive, Ste. 100
Overland Park KS 66214


Corporate Resource Group
P.O. Box 400
Olathe KS 66051-0400


Coventry Health Care of Kansas
P.O. Box 790210
Saint Louis MO 63179


Crane America
88048 Expedite Way
Chicago IL 60695-0001


Crown Engineering, Inc.
27827 Fairground Road
Adel IA 50003


Dana Corporation
P.O. Box 910230
Dallas TX 75391-0230


DB Engineering, Inc.
1936 Lone Star Road
Mansfield TX 76063

Deffenbaugh Disposal
2601 Midwest Drive
Kansas City KS 66111


Deffenbaugh Disposal
P.O. Box 3220
Shawnee KS 66203


Delta Dental of Kansas
P.O. Box 3806
Wichita KS 67201-3806


Diane Lewis
Brown & Ruprecht, P.C.
2323 Grand Blvd, Ste. 1100
Kansas City MO 64108


EDW. C. Levy Co.
dba Levy Ohio Canton
9300 Dix Avenue
Dearborn MI 48120


Equipment Depot
P.O. Box 20187
Waco TX 76702-0187


Farm Bureau Financial Services
P.O. Box 6565
Carol Stream IL 60197-6565


Fastenal Co
P.O. Box 978
Winona MN 55987


FedEx
P.O. Box 94515
Palatine IL 60094-4515


FedEx Freight
Dept CH
P.O. Box 10306
Palatine IL 60055-0306

FluidTech, Inc.
PO Box 951259
Dallas TX 75395-1259


Force America
501 E. Clift Road, Suite 100
Burnsville MN 55337


Fraza/Forklifts
39550 Schoolcraft Road
Plymouth MI 48170


Larry Gallamore
8604 Brenda Lane
Pleasant Valley MO 64068-8625


Gary Greg
605 N Mulberry Street
Ottawa KS 66067-1816


Gregory Poole Equipment Co.
c/o James Beck, Esq.
Vann Attorneys
PO Box 2445
Raleigh NC 27602


H.A. Guden Co., Inc.
99 Raynor Ave
Ronkonkoma NY 11779


Haldex Brake Prod Corp
Dept 289301
P.O. Box 67000
Detroit MI 48267-2893


James Hardwick
12608 Aberdeen Road
Leawood KS 66209


James Hardwick
12608 Aberdeen Road
Leawood KS 66209-2450

Kathryn Hardwick
12608 Aberdeen Road
Leawood KS 66209


Margaret Hardwick
12608 Aberdeen Road
Leawood KS 66209-2450


Thomas Hardwick
12608 Aberdeen Road
Leawood KS 66209


Heavy Duty Transaxle
P.O. Box 160
Monroe WA 98272


Hewitt Material Handling
C.P. Box 640
Canada H9R 4S7


Hyunjin Corporation
Rm 1206 Hyundaegoldentel
#102 Gwangjang-Dong, Gwangjin
Seoul, S Korea


I M Steel, Inc.
P.O. Box 88498
Chicago IL 60680-1498


IBT, Inc.
P.O. Box 873065
Kansas City MO 64187-3065


Robert Ice
3027 N. 77th Street
Kansas City KS 66109


ICS, Inc.
210 N. Elder
McPherson KS 67460


Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia PA 19101-7346

```
Internal Revenue Service
Attn: Insolvency/Advisory
Mail Stop 5334 LSM
2850 NE Independence Ave
Lees Summit MO 64064


J.C. Airport Commission
Accounts Receivable
111 S. CHerry St., Suite 1500
Olathe KS 66061


Jesse Jenkins
318 N. Blake Street
Overland Park KS 66212


Johnson County Treasurer
111 South Cherry Street
Suite 1500
Olathe KS 66061-3468


Johnson County Treasurer
111 S. Cherry
Olathe KS 66061-3471


Johnson County Wastewater
11811 S. Sunset Dr, Ste. 2500
Olathe KS 66061


Josephson Mfg. Co.
216 Central Ave
Fort Dodge IA 50501


JRE Signs Print & Design
13915 West 107th St
Lenexa KS 66215


Kansas Department of Revenue
Civil Tax Enforcement
PO Box 12005
Topeka KS 66612-2005


Kansas Dept of Administration
Attn Director of Acct & Report
Landon State Ofc Bldg Rm 351S
900 SW Jackson
Topeka KS 66612
```

Kansas Tech Enterprise Corp
112 W. 6th, Suite 400
Topeka KS 66603


KCPL
P.O. Box 219330
Kansas City MO 64121-9330


Kelly Tractor Company
8255 N.W. 58th St
Miami FL 33166


Klingspor Abrasives, Inc.
P.O. Box 2367
Hickory NC 28603-2367


Landstar Ligon, Inc.
Drawer CS 100733
Atlanta GA 30384-0733


Lathrop & Gage
2345 Grand Blvd., Ste. 2800
Kansas City MO 64108-2684


Leeco Steel
135 S. LaSalle St., Dept 1180
Chicago IL 60674-1180


Lijika Investors
PO Box 28
New Century KS 66031-0028


Lijika Investors
c/o Thomas J. Hamilton
Duggan Shadwick Doerr et al
11040 Oakmont
Overland Park KS 66210


Lubo USA, Inc.
719 E. Mandoline Ave
Madison Heights MI 48071


Mark D. Hagen
8645 College Blvd, Ste. 220
Overland Park KS 66210

Gary Marks
1054 N. Main
Tonganoxie KS 66086-0386


Martin Mechanical Corp.
1419 East 19th St
Kansas City MO 64108


Matheson Tri-Gas
6000 E. Front St
Kansas City MO 64120


Media Services, Inc.
KCMO Radio
4061 Main St, Ste D
Springfield OR 97478


Metal Coatings Corp.
P.O. Box 630407
Houston TX 77263-0407


MH Equipment Co
Attn: Accounts Payable
P.O. Box 50
Mossville IL 61552


Miami Industrial Trucks
2830 E. River Road
Dayton OH 45439


Minnesota Supply Co., Inc.
6470 Flying Cloud Drive
Eden Prairie MN 55344


MP Filtri USA, Inc.
2055 Quaker Pointe Dr
Quakertown PA 18951


Naumann Hobbs Matl. Hndlg
P.O. Box 21388
Phoenix AZ 85036

Nebraska Machinery Co.
c/o Jon A Blongewicz
11150 Overbrook Road, Ste. 350
Leawood KS 66211


Brent Nelson
23719 W. Lorance Road
Laura IL 61451


O-Ring Sales & Service
15019 W. 95th Street
Lenexa KS 66215


Oakstar Bank N.A.
1020 E. Battlefield
Springfield MO 65807


Occupational Health Centers
of the Southwest, P.A.
P.O. Box 369
Lombard IL 60148-0369


Office Business Solutions LLC
920 West 47th St
Kansas City MO 64112


OH Rodseth & Casini
1047 Ardmore Ave
Itasca IL 60143


Olathe Medical Center
P.O. Box 419294
Kansas City MO 64141-6294


Omaha Steel Castings Co.
PO Box 6276
Omaha NE 68106-0276


Oriented Int'l Co., Ltd.
11F.-9 No. 12
Fuxing 4th Road, Qianzhen Dist
Kaohsiung, Taiwan ROC

Palmer Johnson Power Sys.
Service Center, WBL
3315 Labore Road
Saint Paul MN 55110


Paramount Mfg. LLC
18259 Westinghouse Road
Abingdon VA 24210


David Powell
12101 Haskins Street
Overland Park KS 66213-5041


Praxairr Distribution
Dept. CH10660
Palatine IL 60055-0660


PT Trakindo
Singapore Branch
Attn: Financial Controller
No. 6 Tuas Avenue 2
Singapore 639446


Quarter Turn Resources
Attn: Dan Miles
3505 W. North Ave
Ponca City OK 74601


Quinn Company
P.O. Box 12625
Fresno CA 93778


Jerry Sandberg
406 W. Wea Street
Paola KS 66071-1452


Santander Consumer USA
PO Box 660663
Dallas TX 75266-0663


Sargents Eq. & Repair
155 Industrial Drive
Gilberts IL 60136

George & Theron Schlagel
P.O. Box 10
Olathe KS 66051-0010


Harold & Anna Schlagel
FLP
P.O. Box 10
Olathe KS 66051-0010


Scott Toyota Lift
P.O. Box 40218
Baton Rouge LA 70835


Kathryn Scott
8910 W. 115th Street
Overland Park KS 66210-1780


Shannahan Crane and Hoist
P.O. Box 790379
Saint Louis MO 63179-0379


Superior Metal Treating
2540 Indiana Avenue
Kansas City MO 64127


T&W Steel
1612 Southwest Jefferson St.
Lees Summit MO 64081


Thomas J. Hamilton
Duggan Shadwick Doerr et al
11040 Oakmont
Overland Park KS 66210


Tommy Thompson
1711 Rock Creek Road
Ottawa KS 66067


Translectric
P.O. Box 307
Jackson MO 63755


TYCO
Dept CH 10320
Palatine IL 60055

Tyler Peters
Payne & Jones Chtd
11000 King
Overland Park KS 66210


U.S. Department of Labor
200 Constitution Avenue, NW
Washington DC 20210


UMB
Attn Bankruptcy Dept
PO Box 419734
Kansas City MO 64141


Unifirst Corporation
68 Jonspin Road
Wilmington MA 01887


United Parcel Service
P.O. Box 505820
The Lakes NV 88905-5820


Unzicker Equipment
1400 S. Main St.
Morton IL 61550


US Attorney - Kansas
US Courthouse
500 State Avenue, Rm 360
Kansas City KS 66101


US Attorney - Missouri
US Courthouse
400 E 9th   5th Fl
Kansas City MO 64106


USMM
7400 V. Kedzie Ave
Skokie IL 60076


Vetter Forks, Inc.
525 West Monroe St, Ste 2360
Chicago IL 60661

Wiese Planning & Eng
1435 Woodson Road
Saint Louis MO 63132


Windstream Communications
301 N. Main Street, Ste. 5000
Greenville SC 29601


Womack Machine Supply Co
P.O. Box 3197
Carol Stream IL 60132-3197


Yates Industries
23050 Industrial Drive East
St. Clair Shores MN


Young Windows, Inc.
680 Colwell Lane
Conshohocken PA 19428


Zahid Tractor & Hm Co., Ltd.
Kilo 5, Old Makkah Rd
Jeddah, Saudi Arabia


Zep
13237 Collections Center Dr
Chicago IL 60693

**United States Bankruptcy Court**

**District of Kansas**

In re   Royal Tractor Company, Inc.                  Case No. _____

                                           Debtor(s)         Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    November 17, 2015                 /s/ Thomas J. Hardwick

                                                  Thomas J. Hardwick/President
                                                  Signer/Title

# United States Bankruptcy Court
## District of Kansas

In re    Royal Tractor Company, Inc.

                              Debtor

Case No. _____

Chapter _____ 11 _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Thomas Hardwick<br>12608 Aberdeen Road<br>Leawood, KS 66209 | | | 100% owner |

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date     November 17, 2015

Signature   /s/ Thomas J. Hardwick
                      Thomas J. Hardwick
                      President

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

____0____   continuation sheets attached to List of Equity Security Holders

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
## District of Kansas

In re  Royal Tractor Company, Inc.

Debtor(s)

Case No.

Chapter     11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Royal Tractor Company, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

November 17, 2015

Date

/s/ Colin Gotham

Colin Gotham KS#19538; MO#52343

Signature of Attorney or Litigant
Counsel for   Royal Tractor Company, Inc.

Evans & Mullinix, P.A.

7225 Renner Road, Suite 200
Shawnee, KS 66217
(913) 962-8700 Fax:(913) 962-8701